

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2025

No. 04-24-00866-CV

**IN RE** Andrew Thomas **LEACH**, Relator

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori Massey Brissette, Justice

On December 23, 2024, relator filed a petition for writ of mandamus. After considering the petition, as amended, the response filed by real party in interest, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus, as amended, is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay that was previously granted is LIFTED. *See id*. R. 52.10(b). Any pending motion is DENIED as moot.

It is so **ORDERED** on April 30, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023-CI-23309, styled *In the Interest of L.T.L., A.P.L., C.B.L., and J.J.L., Children*, pending in the 63rd Judicial District Court, Val Verde County, Texas, the Honorable Walden Shelton presiding.